IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MONICA HAWKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:18-cv-02263-CSB-EIL |
| VERMILION COUNTY HOUSING AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

**<u>PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL</u>**

COMES NOW the law firm of Hollingshead & Dudley, and hereby respectfully requests that this Honorable Court grant its Motion to Withdraw as Counsel. In support thereof, counsel states as follows:

1. Under Seventh Circuit Rule 3(d), counsel of record may not withdraw from a case without consent of this Court, unless another counsel of record is simultaneously submitted.

2. When Plaintiff first retained the undersigned law firm, in June, 2018, Hollingshead & Dudley consisted of four (4) full-time attorneys in its Saint Louis, Missouri office.

3. Two (2) of those attorneys were licensed to practice in the Central District of Illinois.

4. As of the date of this filing, Hollingshead & Dudley consists of two (2) full-time attorneys in its Saint Louis, Missouri office, only one of whom is licensed in the Central District of Illinois.

5. Due to counsel's case load and 2019 trial schedule, the departures of half of the firm's attorneys has left the remaining attorneys in a situation wherein they lack the resources to effectively represent Plaintiff in this matter.

6. Currently, Defendant's Motion to Dismiss is pending.

7. Plaintiff's response to Defendant's Motion to Dismiss is due April 6, 2019.

8. Undersigned counsel has a good-faith reason to delay in responding to Defendant's Motion to Dismiss, including but not limited to the fact that current counsel's response may differ from any future counsel's theory of the case, thus adversely affecting Plaintiff's claims.

9. Hollingshead & Dudley has informed Plaintiff of its intent to withdraw from her case, due to the aforementioned inability to effectively litigate her case.

10. Plaintiff is not unduly prejudiced by counsel's intent to withdraw, as the case is in its infancy.

11. Further, Plaintiff's counsel has attempted to connect Plaintiff with prospective counsel and has effectively communicated with any and all attorneys who have contacted undersigned counsel.

12. Finally, should Plaintiff so qualify, this Honorable Court's Plan for the Recruitment of Counsel for Indigent Parties in Certain Civil Cases would allow for the appointment of counsel to continue her pending litigation.

13. Turning to the Illinois Rules of Professional Conduct, Rule 1.16(b)(7) allows for withdrawal when good cause has been shown.

14. Under the circumstances, counsel has a good faith reason to believe that the circumstances surrounding Hollingshead & Dudley's request for withdrawal demonstrate good cause as contemplated by the rule.

WHEREFORE, Hollingshead & Dudley respectfully requests that this Court grant counsel's Motion to Withdraw.  Counsel further requests that this Court grant Plaintiff an additional thirty (30) days to obtain new counsel and to allow Plaintiff to explore the opportunity of qualifying for this Honorable Court's Plan for the Recruitment of Counsel for Indigent Parties. Counsel finally requests that this Court stay the deadline to respond to Defendant's Motion to Dismiss, and for any such other and further relief deemed just and appropriate under the circumstances.

Respectfully submitted,

HOLLINGSHEAD & DUDLEY

/s/ John H. Moffitt, III
John H. Moffitt, III   #66091MO
7777 Bonhomme Avenue, Suite 2401
Saint Louis, Missouri 63105
Telephone:   (314) 480-5474
Facsimile:   (314) 594-0825
Email:         jmoffitt@hdtriallawyers.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on this date, I electronically filed the foregoing Motion for Extension of time, with the Clerk of the Court using the CM/ECF system, which will send notification of filing to the following:

Gregory C. Ray          gcr@craiglaw.net
1807 Broadway Avenue
PO Box 689
Mattoon, IL 61938-0689

DATED. 29th day of March, 2019

*/s/ John H. Moffitt, III*
John H. Moffitt, III   #66091MO
7777 Bonhomme Avenue, Suite 2401
Saint Louis, Missouri 63105
Telephone:   (314) 480-5474
Facsimile:    (314) 594-0825
Email:          jmoffitt@hdtriallawyers.com

ATTORNEYS FOR PLAINTIFF