** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 19, 2019 at 8:52:20 PM EDT | 18168177082 | 41 | 1 | Received |

2:18-cv-02263-CSB-EIL  # 16  Page 1 of 1

E-FILED
Monday, 22 July, 2019 09:58:59 AM
Clerk, U.S. District Court, ILCD

To: Page 1 of 1  2019-07-20 00:51:37 (GMT)  18168177082 From: Monica R

# FAX COVER SHEET

| TO | |
|---|---|
| COMPANY | |
| FAX NUMBER | 12173735834 |
| FROM | Monica R |
| DATE | 2019-07-20 00:51:21 GMT |
| RE | Hawkins v Vermilion County Housing Authority |

## COVER MESSAGE

To: The Honorable Bruce
Fr: Monica Hawkins
Re: Amendment

I am writing this email to request to amend my complaint to include but not limited to the original complaint and now "attempted murder", libel and slander, filing of perjurious Order of Protection by VCHA Executive Director RM Jackson in the current case.

Thank-you

Monica Hawkins


Blind Copies

WWW.MYFAX.COM